01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08  UNITED STATES OF AMERICA,            )
                                         )   CASE NO. CR09-169-JCC
09           Plaintiff,                  )
                                         )
10      v.                               )
                                         )   SUMMARY REPORT OF U.S.
11  WALTER ANTHONY MOSES,                )   MAGISTRATE JUDGE AS TO
                                         )   ALLEGED VIOLATIONS
12           Defendant.                  )   OF SUPERVISED RELEASE
    _____    )
13

14         An initial hearing on supervised release revocation in this case was scheduled before me

15  on September 13, 2011.   The United States was represented by AUSA J. Tate London and the

16  defendant by Thomas W. Hillier.   The proceedings were digitally recorded.

17         Defendant had been sentenced on or about January 8, 2010 by the Honorable John C.

18  Coughenour on a charge of Theft by an Employee of a Gaming Establishment on Indian Land,

19  and sentenced to credit for time served, three years supervised release.

20         The conditions of supervised release included the standard conditions plus the

21  requirements that defendant abstain from the use of alcohol, not enter any establishment where

22  alcohol is the primary commodity for sale, participate in a substance abuse program, submit to

01 search, participate in mental health treatment, participate in a home confinement program with

02 electronic monitoring for 90 days, pay restitution in the amount of $19,994, provide his

03 probation officer with access to financial information, and be prohibited from incurring new

04 credit charges or opening new lines of credit.   (Dkt. 49.)

05        On January 20, 2011, defendant's probation officer reported that he had violated

06 supervision by consuming alcohol and failing to make monthly restitution payments as

07 directed.   Defendant agreed to pay restitution payments on time by directing his per capital

08 money received from the tribe toward the debt and participate in the Moral Reconation Therapy

09 Program through Tulalip Tribal Services.   No further action was taken at the time. (Dkt. 50.)

10        In an application dated August 8, 2011 (Dkt.52, 53), U.S. Probation Officer Angela M.

11 McGynn alleged the following violations of the conditions of supervised release:

12        1.       Failing to comply with substance abuse treatment as directed on or before July

13 27, 2011, in violation of the special condition that requires the defendant to participate in

14 substance abuse treatment as directed by the probation office.

15        2.       Failing to pay restitution as directed, in violation of the special condition that

16 requires the defendant to pay $19,994 in restitution to the victim.

17        Defendant was advised in full as to those charges and as to his constitutional rights.

18        Defendant admitted the violations and waived any evidentiary hearing as to whether

19 they occurred.

20        I therefore recommend the Court find defendant violated his supervised release as

21 alleged, and that the Court conduct a hearing limited to the issue of disposition.   The next

22 hearing will be set before Judge Coughenour.

Pending a final determination by the Court, defendant has been released on supervision.

DATED this <u>13th</u> day of September, 2011.


Mary Alice Theiler
United States Magistrate Judge



cc:  District Judge:            Honorable John C. Coughenour
     AUSA:                      J. Tate London
     Defendant's attorney:      Thomas W. Hillier
     Probation officer:         Angela M. McGynn